# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANDRE FERGUSON (#2014-0914065), | ) |
| Plaintiff, | ) ) |
| v. | ) Case No: 15 C 3389 |
| OFFICER WESTBROOK, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM ORDER

Although this action was dismissed on May 1 of this year and the dismissal was reconfirmed on June 2, the Clerk's Office has delivered to this Court a photocopy of a hand-printed document by pro se prisoner plaintiff Andre Ferguson ("Ferguson") headed "Temporary Restraining Order." This Court declines Ferguson's invitation set forth in that document -- this action remains terminated.

                                                  Milton I. Shadur
                                                  Senior United States District Judge

Date: October 2, 2015